UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NASRULLAH JAN SAHAF,<br><br>　　　　　Defendant. | No. CV 21-09702<br><br>**ORDER RE UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF:**<br>**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE PRINCIPAL FINANCIAL GROUP, INC.**<br>**[28 U.S.C. § 3205(c)(1)]**<br><br>　　and<br><br>**CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. §3202(b)]**<br><br>　JS-6 |

Based on a review of the application of plaintiff United States of America for an Order directing the Clerk of the Court to issue a writ of continuing garnishment and a Clerk's notice of continuing garnishment against defendant-judgment debtor Nasrullah Jan Sahaf ("Defendant"), for nonexempt funds, assets, and/or property in the custody, control, or possession of garnishee, sufficient good cause has been provided for the requested relief. Therefore, IT IS HEREBY ORDERED:

(1) The Clerk of the Court shall issue a writ of continuing garnishment with respect to garnishee Principal Financial Group, Inc.; and

(2) The Clerk of the Court shall issue a Clerk's notice of continuing postjudgment garnishment to Defendant by signing the forms submitted by the United States.

**IT IS SO ORDERED.**

DATED: January 4, 2022

John A. Kronstadt
United States District Judge